# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV17-04634 JAK<br>*(Bankruptcy Case No. 2:16-ap-01141-ER)* | Date | August 30, 2017 |
| Title | In Re Liberty Asset Management Corporation<br>East Heights, LLC, et al. v. Liberty Asset management Corporation | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION (DKT. 8)** JS-6

On July 24, 2017, the Bankruptcy Court issued a notice of a deficiency with respect to the Bankruptcy Appeal (Dkt. 7) (the "Deficiency"). The Deficiency provided notice to Appellant that the required transcript had not been filed pursuant to the Local Rules. The Deficiency was also issued in the Bankruptcy Case. Dkt. 67, Case 2:16-ap-01141-ER. This Court issued an Order to Show Cause re Dismissal on August 21, 2017 (Dkt. 8) (the "OSC"). The OSC directed Appellant to respond in writing no later than August 28, 2017, as to why the matter should not be dismissed for lack of prosecution. Appellant was advised that a failure to respond would result in the dismissal of the Bankruptcy Appeal. The Appellant has not responded to the OSC. Therefore, the appeal is dismissed for lack of prosecution and failure to comply with orders of the Court. This dismissal is without prejudice to Appellant filing an appropriate application, no later than September 6, 2017, which sets forth a request and basis for the reopening of this appeal. The application shall include proof that the required transcripts have been filed and the reason for non-compliance with the prior orders of the Court. If such an application is not filed timely, the case will be dismissed with prejudice.

**IT IS SO ORDERED.**

  :  

Initials of Preparer   ak